IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, | ) ) ) | CASE NO.: 2:17-CV-676-RMG |
| Plaintiff, | ) ) | **ORDER OF PROTECTION** |
| vs. | ) ) | |
| 3311 LLC, | ) ) | |
| Defendant. | ) | |

George J. Kefalos, counsel for Defendant, 3311, LLC, is granted protection from being called to court hearings or other Court appearances in this case from July 23, 2017 until August 5, 2017.

AND IT IS SO ORDERED.

S/ Richard M. Gergel
Richard Mark Gergel
United States District Judge

June 26, 2017
Charleston, South Carolina